# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE L. DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. GRASE, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01668-DAD-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM<br><br>(ECF No. 10)<br><br>**FOURTEEN (14) DAY DEADLINE** |

      Plaintiff Terrence L. Davis is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On June 26, 2019, the Court screened Plaintiff's complaint and found that Plaintiff had failed to state a cognizable claim for relief. (ECF No. 10.) The Court's screening order provided Plaintiff with the legal standards that applied to his claims and granted Plaintiff leave to file a first amended complaint within thirty days after service of the order. (Id.)

      On August 7, 2019, Plaintiff filed a motion for an extension of time to file a first amended complaint. (ECF No. 11.) On August 9, 2019, the Court granted Plaintiff's motion and gave Plaintiff an additional 30 days in which to timely file a first amended complaint. (ECF No. 12).

///

1

However, Plaintiff has not filed a first amended complaint or otherwise communicated with the Court, and the time in which to do so has passed.

Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the instant action should not be dismissed for Plaintiff's failure to comply with the Court's June 26, 2019 screening order, failure to prosecute, and failure to state a claim for relief. Plaintiff can comply with this order to show cause by filing a first amended complaint in compliance with the Court's June 26, 2019 screening order. <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a district judge that the instant action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief</u>.

IT IS SO ORDERED.

Dated: __October 4, 2019__

_____
UNITED STATES MAGISTRATE JUDGE